UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PATRICIA JONES, | Case No.: 2:21-cv-00524-RFB-EJY |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER** |
| SECRETARY, DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

Plaintiff, proceeding *pro se*, filed her Initiating Documents with the Clerk of Court to commence a civil action in this Court. ECF No. 2-1. The Initiating Documents includes a Final Agency Decision from a dispute with the Department of Veterans Affairs regarding employment discrimination.

Plaintiff has neither paid the $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*, which she must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if she wishes to proceed without paying the mandatory filing fee. Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **May 21, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner, in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee).

1       IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, the
2 Court will recommend dismissal of this action.
3       Dated this 21st day of April, 2021.

                                                                _____
                                                                ELAYNA J. YOUCHAH
                                                                UNITED STATES MAGISTRATE JUDGE