UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>SECRETARY, DEPARTMENT OF VETERAN AFFAIRS,<br><br>  Defendants. | Case No. 2:21-cv-00524-RFB-EJY<br><br>**ORDER** |

    Before the Court for consideration is the Report and Recommendation [ECF No.7] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered June 28, 2021.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 12, 2021. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 7 is ACCEPTED and ADOPTED in full.

**IT IS FURTHER**. **ORDERED** that Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is denied.

**IT IS FURTHER ORDERED** that Plaintiff be directed to pay the filing fee of $402.00 in installments with the first payment of $52 due on or before November 26, 2021.

**IT IS FURTHER ORDERED** that Plaintiff make $50 payment approximately every thirty days on December 27, 2021, January 27, 2022, February 28, 2022, March 28, 2022, April 28, 2022, May 27, 2022, and April 17, 2022.

**IT IS FURTHER ORDERED** that Plaintiff's Initiating Document is dismissed without prejudice and with leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff is granted until December 6, 2021, to file a complaint that complies with Rule 8(a) of the Federal Rules of Civil Procedure and the instructions given above so long as Plaintiff's first installment payment of $52 is received by the Clerk of the Court by November 26, 2021.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with the recommendations above, once adopted, Plaintiff's action is dismissed without prejudice.

The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: October 26, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**