UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA JONES,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00524-RFB-EJY<br><br>**ORDER** |

　　　　Before the Court for consideration is the Report and Recommendation [ECF No. 12] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered June 2, 2022.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by June 16, 2022. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

　　　　. . .

  **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 12] is ACCEPTED and ADOPTED in full.

  **IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice.

DATED: July 21, 2022.

                **RICHARD F. BOULWARE, II**
                **United States District Judge**